CO-386
Rev. 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER )
1718 Connecticut Avenue, N.W. )
Suite 200 )
Washington, D.C. 20009 )
)
      Plaintiff, )
)
v. )
) Civil Action No._____
U.S. DEPARTMENT OF EDUCATION )
400 MARYLAND AVENUE, SW )
Washington, D.C. 20202 )
)
      Defendant. )
)

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for the Electronic Privacy Information Center ("EPIC"), certify that to the best of my knowledge and belief, EPIC is a District of Columbia corporation with no parent company. No publicly held company owns more than 10% of stock in EPIC.

These representations are made in order that judges of this court may determine the need for recusal.

                                                Attorney of Record
                                Ginger McCall, Esquire (DC Bar #1001104)
                                        Electronic Privacy Information Center
                                                     1718 Connecticut Ave. NW
                                                                    Suite 200
                                                             Washington, DC 20009
                                                                         202-483-1140