CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
   Plaintiff(s)

Civil Action No. 1:13-cv-00345-GK

vs.

U.S. Department of Education
   Defendant(s)

### AFFIDAVIT OF MAILING

I, __Ginger McCall__, hereby state that:

On the __19th__ day of __March__, __2013__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Ronald Machen, United States Attorney for the District of Columbia

I have received the receipt for the certified mail, No. __7012 2920 0000 0436 7041__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __22__ day of __March__, __2013__.

I declare under penalty of perjury that the foregoing is true and correct.

| March 22, 2013 | /s/ Ginger McCall |
|---|---|
| (Date) | (Signature) |

USPS.com® - Track & Confirm    https://tools.usps.com/go/TrackConfirmAction.action
Case 1:13-cv-00345-GK   Document 4   Filed 03/22/13   Page 2 of 6

English    Customer Service    USPS Mobile    Register / Sign In


USPS.COM

Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70122920000004367041 | First-Class Mail® | Delivered | March 22, 2013, 11:36 am | WASHINGTON, DC 20530 | Expected Delivery By: March 20, 2013  Certified Mail™ |
| | | Available for Pickup | March 22, 2013, 10:32 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | March 22, 2013, 10:04 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | March 20, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed at USPS Origin Sort Facility | March 19, 2013, 8:56 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Dispatched to Sort Facility | March 19, 2013, 5:11 pm | WASHINGTON, DC 20009 | |
| | | Acceptance | March 19, 2013, 3:21 pm | WASHINGTON, DC 20009 | |

**Check on Another Item**

What's your label (or receipt) number?



---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.32 | 0277 |
| Certified Fee | $3.10 | 05 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.42 | 03/19/2013 |

7012 2920 0000 0436 7041

Sent To Ronald Machen; United States Attorney for District of Columbia c/o Civil Process Clerk
Street, Apt. No.; or PO Box No. 555 4th Street, NW
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, August 2006    See Reverse for Instructions

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
　　Plaintiff(s)

Civil Action No. 1:13-cv-00345-GK

vs.

U.S. Department of Education
　　Defendant(s)

### AFFIDAVIT OF MAILING

I, __Ginger McCall__, hereby state that:

On the __19th__ day of __March__, __2013__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

# United States Department of Education

I have received the receipt for the certified mail, No. __7012 2920 0000 0436 7065__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __22__ day of __March__, __2013__.

I declare under penalty of perjury that the foregoing is true and correct.

__March 22, 2013__　　　　　　　　　　　　　　__/s/ Ginger McCall__
　　　　(Date)　　　　　　　　　　　　　　　　　　(Signature)

English        Customer Service        USPS Mobile                                             Register / Sign In

USPS.COM                                            Search USPS.com or Track Packages

Quick Tools          Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

GET EMAIL UPDATES

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70122920000004367065 | First-Class Mail® | Arrival at Unit | March 22, 2013, 6:16 am | WASHINGTON, DC 20018 | Expected Delivery By: March 20, 2013 Certified Mail™ |
| | | Depart USPS Sort Facility | March 20, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed at USPS Origin Sort Facility | March 19, 2013, 8:56 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Dispatched to Sort Facility | March 19, 2013, 5:11 pm | WASHINGTON, DC 20009 | |
| | | Acceptance | March 19, 2013, 3:22 pm | WASHINGTON, DC 20009 | |

**Check on Another Item**

What's your label (or receipt) number?



LEGAL                        ON USPS.COM                    ON ABOUT.USPS.COM             OTHER USPS SITES
Privacy Policy ›             Government Services ›          About USPS Home ›             Business Customer Gateway ›
Terms of Use ›               Buy Stamps & Shop ›            Newsroom ›                    Postal Inspectors ›
FOIA ›                       Print a Label with Postage ›   Mail Service Updates ›        Inspector General ›
No FEAR Act EEO Data ›       Customer Service ›             Forms & Publications ›        Postal Explorer ›
                             Site Index ›                   Careers ›

Copyright© 2013 USPS. All Rights Reserved.



CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
    Plaintiff(s)

Civil Action No. 1:13-cv-00345-GK

vs.

U.S. Department of Education
    Defendant(s)

### AFFIDAVIT OF MAILING

I, __Ginger McCall__, hereby state that:

On the __19th__ day of __March__, __2013__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

## Eric Holder, United States Attorney General

I have received the receipt for the certified mail, No. __7012 2920 0000 0436 7058__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __22__ day of __March__, __2013__.

I declare under penalty of perjury that the foregoing is true and correct.

__March 22, 2013__                                   __/s/ Ginger McCall__
       (Date)                                              (Signature)

English        Customer Service        USPS Mobile                                              Register / Sign In

 **USPS.COM**

Search USPS.com or Track Packages

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70122920000004367058 | First-Class Mail® | Delivered | March 22, 2013, 11:36 am | WASHINGTON, DC 20530 | Expected Delivery By: March 20, 2013 Certified Mail™ |
| | | Available for Pickup | March 22, 2013, 10:32 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | March 22, 2013, 10:04 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | March 20, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed at USPS Origin Sort Facility | March 19, 2013, 8:56 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Dispatched to Sort Facility | March 19, 2013, 5:11 pm | WASHINGTON, DC 20009 | |
| | | Acceptance | March 19, 2013, 3:22 pm | WASHINGTON, DC 20009 | |

### Check on Another Item

What's your label (or receipt) number?



| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2013 USPS. All Rights Reserved.

