IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
ELECTRONIC PRIVACY INFORMATION CENTER       )
                                            )
        Plaintiff,                          )
                                            )
    v.                                      )
                                            )   No. 1:13-cv-00345-GK
U.S. DEPARTMENT OF EDUCATION                )
                                            )
        Defendant.                          )
_____)


**[PROPOSED] ORDER**

Upon consideration of the proposed schedule in the parties' Joint Meet and Confer Statement, it is hereby

ORDERED that the proposed schedule is adopted for the above-captioned matter:

| | |
|---|---|
| Defendant's Motion for Summary Judgment and *Vaughn* index: | August 30, 2013 |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment: | September 30, 2013 |
| Defendant's Opposition and Reply: | October 21, 2013 |
| Plaintiff's Reply: | November 4, 2013 |

So ordered on this ___ day of July, 2013

_____
GLADYS KESSLER
United States District Judge