UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:   Civil Action No. 13-345 (GK)<br>:<br>:<br>:<br>: |

## ORDER

The Court held an Initial Status Conference in this case on July 8, 2013. As discussed at the conference, it is hereby

**ORDERED**, that the case is referred to Magistrate Judge Facciola for early case management purposes; and it is further

**ORDERED**, that the Parties shall file a Joint Status Report no later than **August 29, 2013,** after which the Court shall issue an order setting further dates, as appropriate.

July 8, 2013

*/s/ Gladys Kessler*
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**