REFERRAL TO MAGISTRATE JUDGE

CATEGORY: I

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: Freedom of Information Act | | | | |
|---|---|---|---|---|
| CASE NO: CA 13-345 | DATE REFERRED: 7/8/2013<br><br>DISPOSITION DATE: | PURPOSE: For early case management purposes | JUDGE: Gladys Kessler | MAG. JUDGE John M. Facciola |

| PLAINTIFF(S): Electronic Privacy Information Center | DEFENDANT(S): U. S. Department of Education |
|---|---|

ENTRIES: