UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER,

      Plaintiff,

      v.

DEPARTMENT OF EDUCATION,

      Defendant.

Civil Action No. 13-345 (GK/JMF)

## ORDER

      Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola for full case management.

      In accordance with Local Rule 5.1(f), kindly insert my initials, as well as the trial judge's initials on all filings with the Clerk's Office.

      Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone. The law clerk assigned to this action is: **Sara B. Podger, Esq. at 202/354-3131.**

July 15, 2013                                   /S/
cc:    Counsel                           JOHN M. FACCIOLA
        Judge                             UNITED STATES MAGISTRATE JUDGE
        Files
        Chambers