IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br>)<br>Plaintiff,            )<br>)<br>v.                    )<br>)   No. 1:13-cv-00345-GK/JMF<br>U.S. DEPARTMENT OF EDUCATION   )<br>)<br>Defendant.         )<br>) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 8, 2013, the parties hereby respectfully submit a Joint Status Report setting forth their recommendations for further proceedings in this case:

On August 1, 2013, the parties met with Magistrate Judge John M. Facciola for a settlement conference. The conference was productive and the parties were able to further narrow the issues for resolution. Specifically, the parties are in agreement that Plaintiff is not challenging the adequacy of scope of the Department of Education's ("Department") search, nor is Plaintiff challenging the Department's withholdings in the Certification of Privacy Act Training forms and the Security Awareness and Privacy Act Training forms. Plaintiff has also agreed not to challenge the Department's withholdings claimed under FOIA Exemption 7(C).

Accordingly, there remain only two issues for the Court to resolve: (1) whether the Department lawfully withheld certain information in the PCA Procedures Manual pursuant to FOIA Exemption 7(E); and (2) whether the Department lawfully withheld certain information in the Quality Control Reports pursuant to FOIA Exemption 4.

The parties further agree that these issues are appropriate for resolution by dispositive motion, and respectfully propose the following briefing schedule:[1]

| | |
|---|---|
| Defendant's Motion for Summary Judgment and *Vaughn* index: | September 27, 2013 |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment: | October 28, 2013 |
| Defendant's Opposition and Reply: | November 12, 2013 |
| Plaintiff's Reply: | November 19, 2013 |

Date: August 20, 2013                                      Respectfully submitted,

MARC ROTENBERG                                             RONALD C. MACHEN JR.
D.C. Bar # 422825                                          D.C. Bar # 447889
                                                           United States Attorney for the District of Columbia

*/s/ Khaliah Barnes*
KHALIAH BARNES                                             DANIEL F. VAN HORN
D.C. Bar # 1013978                                         D.C. Bar # 924092
ELECTRONIC PRIVACY                                         Chief, Civil Division
INFORMATION CENTER
1718 Connecticut Avenue, N.W.                              */s/ Addy R. Schmitt*
Suite 200                                                  ADDY R. SCHMITT
Washington, D.C. 20009                                     D.C. Bar # 489094
Telephone: (202) 483-1140                                  Assistant United States Attorney
Fax: (202) 483-1248                                        555 Fourth St., N.W.
barnes@epic.org                                            Washington, D.C. 20530
                                                           Telephone: (202) 252-2530
                                                           Fax: (202) 514-8780
                                                           addy.schmitt@usdoj.gov

Attorneys for Plaintiff                                    Attorneys for Defendant

---

[1] Because Defendant will be filing a joint opposition and reply, and because undersigned counsel has other deadlines during this time period, Defendant repeatedly requested three weeks for its opposition and reply, instead of two weeks. Plaintiff has refused to consent to this request and insists on the timing set out in the local rules. Defendant reserves the right to file a motion for an enlargement of time if necessary and notes that this briefing schedule was not "jointly proposed."