UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-345 (GK) |
| | : | |
| U.S. DEPARTMENT OF EDUCATION, | : | |
| | : | |
| Defendant. | : | |

### ORDER

The Court has received the Parties' Joint Status Report setting forth their recommendations for further proceedings in this case. Upon consideration of the Status Report and the entire record herein, it is this 20th day of August, 2013, hereby

**ORDERED**, that the briefing schedule for those issues for resolution by dispositive motions shall be as follows:

| | |
|---|---|
| Defendant's Motion for Summary Judgment and Vaughn Index | September 27, 2013 |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment | October 28, 2013 |
| Defendant's Opposition and Reply | November 12, 2013 |
| Plaintiff's Reply | November 19, 2013 |

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**