IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ELECTRONIC PRIVACY INFORMATION CENTER   )
                                        )
    Plaintiff,                          )
                                        )
    v.                                  )
                                        )   No. 1:13-cv-00345-GK/JMF
U.S. DEPARTMENT OF EDUCATION            )
                                        )
    Defendant.                          )
_____)

**STIPULATION OF SETTLEMENT AND DISMISSAL**

Plaintiff, Electronic Privacy Information Center, and Defendant, U.S. Department of Education, hereby settle and compromise the above entitled lawsuit brought under the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA") on the following terms:

1. Plaintiff agrees to dismiss this suit with prejudice.

2. Defendant agrees to pay Plaintiff $9,000.00 for payment of attorney's fees. Plaintiff agrees to promptly provide the relevant banking and account information to Defendant in order to process that payment.

3. This Stipulation of Settlement constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this lawsuit and (b) any litigation or administrative proceeding that Plaintiff has brought, could bring, or could have brought regarding Plaintiff's FOIA request in this case.

5. This Stipulation of Settlement does not constitute an admission of liability or fault on the part of Defendant, the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

6. Except as may be otherwise provided herein, each party will bear its own costs and fees.

7. Execution and filing of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendant constitutes a dismissal of this lawsuit, with prejudice, pursuant to Rule 41(a)(1)(A)(ii). Any and all remaining issues are waived.

By: _____
MARC ROTENBERG
D.C. Bar # 422825

KHALIAH BARNES
D.C. Bar # 1013978

Executed On: 11/1/13

ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
Telephone: (202) 483-1140
Fax: (202) 483-1248
barnes@epic.org

Attorneys for Plaintiff

RONALD C. MACHEN JR.
D.C. Bar # 447889
United States Attorney for the District of Columbia

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By: _____
ADDY R. SCHMITT
D.C. Bar # 489094
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Telephone: (202) 616-0739
Fax: (202) 514-8780
addy.schmitt@usdoj.gov

Executed On: 11/1/13

Attorneys for Defendant