**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:13-cv-00345-GK/JMF<br>)<br>)<br>)<br>) |

### [PLAINTIFF'S PROPOSED] ORDER DISMISSING WITH PREJUDICE

Upon consideration of the foregoing settlement agreement and stipulation, Electronic Privacy Information Center v. United States Department of Education, Civil No. 1:13-00345 (GK/JMF), is hereby dismissed with prejudice this ___ day of November, 2013.

SO ORDERED.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE