## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:13-cv-00345-GK/JMF |
| U.S. DEPARTMENT OF EDUCATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## [PLAINTIFF'S PROPOSED] ORDER DISMISSING WITH PREJUDICE

Upon consideration of the foregoing settlement agreement and stipulation,

Electronic Privacy Information Center v. United States Department of Education, Civil

No. 1:13-00345 (GK/JMF), is hereby dismissed with prejudice this 4th day of

November, 2013.


SO ORDERED.


GLADYS KESSLER
UNITED STATES DISTRICT JUDGE